IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL B. JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV0513 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 3, the motion for a hearing, filed by the plaintiff. Filing no. 3 is denied at this time because matters concerning a hearing will be decided in the ordinary course of the Court's business.

    SO ORDERED.

    DATED this 15th day of August, 2006.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge